IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 68.74.206.142

**ISP:** AT&T Internet Services
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/23/2018 04:20:26 | ABF2179E5B931EC77D7DFBD04E510A83D405F82E | Surprise Sex For Three |
| 07/26/2018 19:06:03 | 4E9615412BCC1D84B0B702F3DC42DC9EA7333ACF | Horsing Around |
| 07/23/2018 16:15:08 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 07/09/2018 14:54:19 | 761C73E3510E4D50FD82F82EECAC6E8671341092 | Our Lucky Day |
| 06/13/2018 14:46:17 | 010D3D7C45C7251D66D33EF0FCC835A63D9A09F5 | Two Gentlemen and A Lady |
| 04/03/2018 15:21:55 | 59730A917A5FF5D94068D345CF12973C24E1FCD0 | Little Liza Dawn |
| 02/14/2018 20:11:02 | 099A16AEDACE9B891EAE94713A2221D257642135 | Slippery When Wet |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

STX202