| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
March 15, 2019
David J. Bradley, Clerk

Malibu Media, LLC, §
§
　　　　Plaintiff, §
§
versus § Civil Action H-18-3420
§
Jonathan Kirscher, §
§
　　　　Defendant. §

## Final Dismissal

Having been advised that the parties have settled, this case is dismissed with prejudice. (21)

Signed on March __15__, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge